ECKERD DRUGS OF NEW JERSEY, INC.

v.

S.R. 215, INC.

October 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALI SHARIFF.

October 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE LEE POWELL.

October 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS ANGEL BERRIOS.

October 25, 1982.

Petition for certification denied.